AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**MOBIN TORA KHEIL,**

**Defendant**

Case No. 1:26-MJ- 262 (PJE)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 5, 2024 in the county of Rensselaer in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

DONALD J O BRIEN Digitally signed by DONALD J O BRIEN Date: 2026.10.28 15:57:40 -04'00'

*Complainant's signature*

HSI Special Agent Donald O'Brien

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 28, 2026

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Donald O'Brien, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, and charges as follows:

## COUNT ONE
## [Voting by Alien]

1. On or about November 5, 2024, in Rensselaer County in the Northern District of New York, the defendant, MOBIN TORA KHEIL, an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for President, Vice President, Member of Senate, and Member of the House of Representatives, in violation of 18 U.S.C. § 611.

The basis for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Special Agent with Homeland Security Investigations (HSI). I am assigned to the Assistant Special Agent in Charge (ASAC) Albany, New York field office. Prior to my employment as a Special Agent, I served as an Immigration Inspector with the United States Immigration and Naturalization Service (INS) from November 1989 to May 2002. From May 2002 to June of 2020, I was a Special Agent of the INS and its successor agency, HSI. In June 2020, I retired from HSI but was re-hired as an HSI Special Agent in September 2025.

3. During my career, I have gained extensive experience enforcing immigration laws and determining citizenship, including by reviewing immigration records. I have also reviewed voter records, including voter applications, and interviewed registered voters who are not United States citizens.

4. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers and witnesses; review of immigration and voter records; and my training and experience.

## PROBABLE CAUSE

5. A review of immigration and public records reveals that TORA KHEIL is a citizen of Afghanistan. He is not and has never been a United States citizen. Since November 2023, he has been a Lawful Permanent Resident (LPR) of the United States.

6. Records obtained from the Rensselaer County Board of Elections (BOE) reveal that the federal general election held on November 5, 2024, included candidates for President, Vice President, the United States Senate, and the United States House of Representatives.

7. Records obtained from the Rensselaer County BOE reveal that TORA KHEIL voted in the 2024 general election.

8. On October 21, 2026, I interviewed TORA KHEIL. He stated, among other things, that he (i) is not a citizen of the United States; (ii) is an LPR of the United States; (iii) was told by somebody that LPRs could vote in United States elections; (iv) registered to vote in Rensselaer

County by displaying his driver's license for identification; and (v) voted in the 2024 general election.

## CONCLUSION

9. Based on the foregoing, I respectfully submit that there is probable cause to believe that MOBIN TORA KHEIL, an alien, knowingly voted in federal elections, in violation of 18 U.S.C. § 611.

Attested to by the affiant.

Respectfully submitted,

DONALD J O BRIEN Digitally signed by DONALD J O BRIEN
Date: 2026.10.28 15:51:24 -04'00'

Donald O'Brien
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by TEAMS on October 28, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge